■ In the Matter of SMC EMPLOYERS CORP. et al. v WORKMEN'S COMPENSATION BOARD et al.—Motion for a stay and for other relief dismissed, without prejudice to an application to the Court of Appeals. This motion which purports to be made pursuant to CPLR 5518 and 7805 is in reality an

application to vacate the automatic stay provided for in CPLR 5519 (subd [a], par 1) and "only the court to which an appeal is taken may vacate, limit or modify" such stay. Concur—Markewich, J. P., Murphy, Capozzoli, Lane and Nunez, JJ.